Heinrich v Serens (2025 NY Slip Op 07242)

Heinrich v Serens

2025 NY Slip Op 07242

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, DELCONTE, AND KEANE, JJ. (Filed Dec. 23, 2025.)

MOTION NOS. (383-385/25) CA 24-00339, CA 24-00340, and CA 24-

[*1]KENNETH HEINRICH, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID ALAN HEINRICH, DECEASED, PLAINTIFF-APPELLANT, 
vKELLEY A. SERENS, N.P., LAUREN PIPAS, M.D., MARIAM ALEXANDER, M.D., AMY PATEL, M.D., LYNN MARIE CLEARY, M.D., VIVIAN CHAN, M.D., AND MICHAEL KOSTERS, M.D., DEFENDANTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument in docket no. CA 24-00348 denied.